UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
August 02, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| Delroy Anthony McLean, § | |
|    Petitioner, § | |
| § | |
| v. § | Civil Action H-20-2822 |
| § | |
| Randy Tate, Warden, § | |
| Joe Corley Detention Center, § | |
|    Respondent. § | |

## Order of Adoption

On June 25, 2021, Magistrate Judge Peter Bray recommended that the court grant in part and deny in part Respondent Randy Tate's motion to dismiss. (20) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion.

Signed on August __2__, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge