United States District Court
Southern District of Texas

**ENTERED**
December 20, 2021
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| Delroy Anthony McLean, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | |
| | § | Civil Action H-20-2822 |
| Randy Tate, Warden, Joe Corley | § | |
| Detention Center, | § | |
|     Respondent. | § | |

## Order of Adoption

On November 30, 2021, Magistrate Judge Peter Bray recommended that the court grant the government's motion for summary judgment and that this action be dismissed without prejudice. (28) McLean filed objections. (29) The court denies McLean's objections and adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on December 17, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge